**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Phillip Lee PETERSON, Defendant-Appellant.**

**No. 72–1091.**

United States Court of Appeals, Ninth Circuit.

May 23, 1972.

Charles Robinowitz, Portland, Or., for defendant-appellant.

Sidney I. Lezak, U. S. Atty., Jack C. Wong, Asst. U. S. Atty., Portland, Or., for plaintiff-appellee.

Before CHAMBERS, ELY, and HUFSTEDLER, Circuit Judges.

PER CURIAM:

The appellant, convicted of bank robbery and sentenced under the Youth Corrections Act, appeals. Neither of his two contentions are meritorious.

The District Court did not abuse its discretion in denying a requested continuance and, since the prosecution produced testimony that Peterson participated in a conversation in which the robbery was planned, the evidence was sufficient to support the judgment of conviction.

Affirmed.